AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Veronica Oglesby,<br>*Plaintiffs*<br><br>v.<br><br>Professional Transportation. Inc.,<br>*Defendant,* | )<br>)<br>)<br>)  Civil Action No.  8:19-cv-01573-JD<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: that the administrative exemption applies, and Defendant correctly classified Ms. Oglesby as exempt.

This action was *(check one)*:

■ tried by an advisory jury, the Honorable Joseph Dawson, III presiding, and the Judge has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

Date:  September 14, 2021                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                             s/Ashley Buckingham
                                                                                 *Signature of Clerk or Deputy Clerk*